UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                    CASE NO.: 3:05-cv-93-J-12TEM

U.S. CURRENCY IN THE AMOUNT
OF $23,520.00,
    Defendant.

## FINAL JUDGMENT OF FORFEITURE

This matter is before the Court upon the Motion and Memorandum of the United States of America for Final Judgment of Forfeiture (Dkt. 29), that $23,520.00 in U.S. currency, hereinafter "defendant currency," is now subject to forfeiture to the United States, pursuant to 21 U.S.C. § 881(a)(6) for violations of 21 U.S.C. § 801 *et seq.*

WHEREAS, the Court has jurisdiction over the parties as well as the subject matter of this action; and

WHEREAS, the Complaint (Dkt. 1) filed in this action states a claim upon which relief may be granted against the defendant currency as proceeds traceable to the exchange of controlled substances or was intended to be exchanged for controlled substances in violation of 21 U.S.C. § 801 *et seq.*; and

WHEREAS, process was fully issued as to the defendant currency and all identifiable individuals and entities that may have a claim to, or cognizable interest in, the defendant currency have received constitutionally adequate notice as well as sufficient time in which to file a claim and answer; and

WHEREAS, Claimant Anthony Charles Campbell has voluntarily withdrawn his claim to the defendant currency. It is hereby

**ORDERED, ADJUDGED** and **DECREED** that the Motion of the United States of America for Final Judgment of Forfeiture (Dkt. 29) is granted and the sum of $23,520.00 in U.S. currency shall be forfeited to Plaintiff United States of America; and the U.S. Marshals Service shall now dispose of the $23,520.00 in U.S. currency according to law.

DONE and ORDERED in chambers in Jacksonville, Florida, this 23rd day of August, 2006.

_Howell W. Melton_
UNITED STATES DISTRICT JUDGE

c:   Counsel of Record
     Anthony Charles Campbell